UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | § § | Case No. 22-10964 (MG) |
| Reorganized Debtors.[1] | § § § | (Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, | § § § § § § | Adv. Proc. No. 24-03909 (MG) |
| Plaintiff, | § § § | |
| v. | § § | |
| MISSAK MICHAEL SARKISSIAN, | § § § | |
| Defendant. | § | |

**STIPULATION AND ORDER**
**FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding to avoid and

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

recover preferences be dismissed. This matter has been settled and this dismissal is with prejudice.

An answer has been filed.

| | |
|---|---|
| Dated: November 8, 2024 | Dated:  November 8, 2024 |
| **ASK LLP** | **CARTER, LEDYARD & MILBURN, LLP** |
| */s/ Brigette McGrath*<br>Brigette McGrath, NY SBN 4962379<br>Kara E. Casteel (admitted *pro hac vice*)<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>Telephone: (651) 406-9665<br>Facsimile: (651) 406-9676<br>Email:  bmcgrath@askllp.com<br>            kcasteel@askllp.com | */s/ Leonardo Trivigno*<br>Leonardo Trivigno, Esq.<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 238-8724<br>Email: trivigno@clm.com<br><br>*Counsel to Defendant, Missak Michael Sarkissian* |

-and-

**ASK LLP**
Marianna Udem
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:  mudem@askllp.com

 -and-

**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
            jweedman@whitecase.com
            lucas.curtis@whitecase.com
            nikita.ash@whitecase.com

-and-

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
         laura.baccash@whitecase.com

*-and-*

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com
         devin.rivero@whitecase.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**IT IS SO ORDERED.**

Dated:  November 12, 2024
        New York, New York

                                                        /s/ Martin Glenn
                                                    MARTIN GLENN
                                           Chief United States Bankruptcy Judge